Andrew A. August (SBN 112851)
aaugust@pinnaclelawgroup.com
Kevin F. Rooney (SBN 184096)
krooney@pinnaclelawgroup.com
PINNACLE LAW GROUP, LLP
425 California Street, Suite 1800
San Francisco, California 94104

Telephone: (415) 394-5700
Facsimile: (415) 394-5003

Attorneys for Plaintiff James A. Benedict

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES A. BENEDICT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CITIBANK, N.A., a national banking association organized under the laws of the United States of America, THE STUDENT LOAN CORPORATION, a Delaware Corporation,<br><br>Defendants. | CASE NO. 08-04230 TEH<br><br>STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT<br><br>[Local Rule 6-1(a)] |

WHEREAS, counsel for Plaintiffs and Defendants have agreed to engage in early settlement discussions which may obviate the need for any response to the Complaint;

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record, pursuant to Local Rule 6-1(a), that Defendants Citibank, N.A. and The Student Loan Corporation, shall have up to and including November 17, 2008, to answer, move, or otherwise respond to Plaintiff's Complaint.

///

///

| | | |
|---|---|---|
| 1 | DATED: October 3, 2008 | PINNACLE LAW GROUP LLP |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Andrew A. August, Attorneys for Plaintiff |
| 5 | | |
| 6 | DATED: October 3, 2008 | STROOCK & STROOCK & LAVAN LLP |
| 7 | | |
| 8 | | By: _____ |
| 9 | | David W. Moon, Attorney for Defendants |

IT IS SO ORDERED

_____
U.S. DISTRICT JUDGE

10/6/08

5033.001/000678§3

2

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
Benedict v. Citibank et al. Case No: 08-04230 TEH