Andrew A. August (SBN 112851)
aaugust@pinnaclelawgroup.com
Kevin F. Rooney (SBN 184096)
krooney@pinnaclelawgroup.com
PINNACLE LAW GROUP, LLP
425 California Street, Suite 1800
San Francisco, California 94104

Telephone: (415) 394-5700
Facsimile: (415) 394-5003

Attorneys for Plaintiff James A. Benedict

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES A. BENEDICT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CITIBANK, N.A., a national banking association organized under the laws of the United States of America, THE STUDENT LOAN CORPORATION, a Delaware Corporation,<br><br>Defendants. | CASE NO.   08-04230 TEH<br><br>STIPULATION TO SET HEARING DATE ON DEFENDANTS' MOTION TO COMPEL ARBITRATION AND CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER<br><br>[Local Rule 6-1(a)]<br><br>[DECLARATION OF ANDREW A. AUGUST FILED CONCURRENTLY HEREWITH] |

WHEREAS, on October 6, 2008, this Honorable Court granted the parties' stipulated request to extend the time for Defendants Citibank, N.A. and The Student Loan Corporation ("Defendants") to respond to plaintiff's Complaint up to and including November 17, 2008;

WHEREAS, Defendants will file a Motion to Compel Arbitration on November 17, 2008;

WHEREAS, counsel for Plaintiffs and Defendants are engaged in productive early settlement discussions which may render the Motion to Compel Arbitration moot;

1  WHEREAS, to conserve the resources of the parties and this Court, all parties desire to exhaust early settlement negotiations before (1) briefing the Motion to Compel Arbitration, (2) conducting a Case Management Conference; (3) undertaking the related obligations required by Rule 26 of the Federal Rules of Civil Procedure that precede the Case Management Conference; and (4) undertaking the time and expense of formal discovery;

WHEREAS, nothing herein shall waive any right Plaintiff would otherwise have to seek discovery from Defendants in order to respond to any motions filed by Defendants nor Defendants' right to oppose any such effort;

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record, pursuant to Local Rule 6-1(a), that the hearing date for Defendants' Motion to Compel Arbitration shall be set for February 23, 2009. Plaintiff's opposition shall be due no later than February 2, 2009 and Defendants' reply due no later than February 9, 2009. Further, the PARTIES STIPULATE that the Initial Case Management Conference shall be continued from December 22, 2008 at 1:30 p.m. to March 2, 2009 at 1:30 p.m.

DATED: November 17, 2008          PINNACLE LAW GROUP LLP

By: _____
Kevin F. Rooney, Attorneys for Plaintiff

DATED: November 17, 2008          STROOCK & STROOCK & LAVAN LLP

By: _____
David W. Moon, Attorney for Defendants

///
///

## ORDER

Based on the foregoing stipulation of counsel and good cause appearing therefore, IT IS HEREBY ORDERED as follows:

(1) The hearing date for Defendants' Motion to Compel Arbitration shall be set for February 23, 2009. Plaintiff's opposition shall be due no later than February 2, 2009 and Defendants' reply due no later than February 9, 2009; and

(2) The Initial Case Management Conference is continued from December 22, 2008 to March 2, 2009 at 1:30 p.m.

PURSUANT TO STIPULATION OF COUNSEL, IT IS SO ORDERED.

Dated: November 18, 2008

Hon. Thelton E. Henderson
United States District Court

*Judge Thelton E. Henderson*