1  Andrew A. August (SBN 112851)
   aaugust@pinnaclelawgroup.com
2  Kevin F. Rooney (SBN 184096)
   krooney@pinnaclelawgroup.com
3  PINNACLE LAW GROUP, LLP
   425 California Street, Suite 1800
4  San Francisco, California 94104

5  Telephone: (415) 394-5700
   Facsimile: (415) 394-5003
6
   Attorneys for Plaintiff James A. Benedict
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11

| | |
|---|---|
| JAMES A. BENEDICT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CITIBANK, N.A., a national banking association organized under the laws of the United States of America, THE STUDENT LOAN CORPORATION, a Delaware Corporation,<br><br>Defendants. | CASE NO.  08-04230 TEH<br><br>STIPULATION TO CONTINUE HEARING DATE ON DEFENDANTS' MOTION TO COMPEL ARBITRATION AND CONTINUE CASE MANAGEMENT CONFERENCE AND ~~[PROPOSED]~~ ORDER<br><br>[Local Rule 6-1(a)]<br><br>[DECLARATION OF ANDREW A. AUGUST FILED CONCURRENTLY HEREWITH] |

        WHEREAS, on November 19, 2008, this Honorable Court granted the parties' stipulated request to set the hearing date on the Motion to Compel Arbitration filed by defendants Citibank, N.A. and The Student Loan Corporation ("Defendants") for February 23, 2009 and continued the Case Management Conference to March 2, 2009;

        WHEREAS, the parties have tentatively agreed to settle this action and desire additional time to document the settlement;

1  WHEREAS, plaintiffs contemplate filing a Request for Dismissal after the execution of a
2  settlement agreement;
3  IT IS HEREBY STIPULATED by and between the parties hereto, through their respective
4  counsel of record, pursuant to Local Rule 6-1(a), that the hearing date for Defendants' Motion to
5  Compel Arbitration shall be continued until April 27, 2009. Plaintiff's opposition shall be due no
6  later than April 6, 2009 and Defendants' reply due no later than April 13, 2009. Further, the
7  PARTIES STIPULATE that the Initial Case Management Conference shall be continued from
8  March 2, 2009 at 1:30 p.m. to May 4, 2009 at 1:30 p.m.

DATED: January 27, 2009         PINNACLE LAW GROUP LLP

                                By: _____
                                    Kevin F. Rooney, Attorneys for Plaintiff

DATED: January 27, 2009         STROOCK & STROOCK & LAVAN LLP

                                By: _____
                                    David W. Moon, Attorneys for Defendants

PINNACLE LAW GROUP LLP
425 CALIFORNIA STREET
SUITE 1800
SAN FRANCISCO, CA 94104
(415) 394-5700

5033.001/00067298

2

STIPULATION TO CONTINEU HEARING DATE
AND CONTINUE CMC
Benedict v. Citibank et al.   Case No. 08-04230 TEH

## ORDER

Based on the foregoing stipulation of counsel, and good cause appearing therefor, IT IS HEREBY ORDERED as follows:

(1) The hearing date for Defendants' Motion to Compel Arbitration shall be set for April 27, 2009. Plaintiff's opposition shall be due no later than April 6, 2009 and Defendants' reply due no later than April 13, 2009; and

(2) The Initial Case Management Conference is continued from ~~December 22, 2008~~ March 2, 2009 to May 4, 2009 at 1:30 p.m.

PURSUANT TO STIPULATION OF COUNSEL, IT IS SO ORDERED.

Dated: January 28, 2009



Hon. Thelton E. Henderson
United States District Court