Andrew A. August (SBN 112851)
aaugust@pinnaclelawgroup.com
Kevin F. Rooney (SBN 184096)
krooney@pinnaclelawgroup.com
PINNACLE LAW GROUP, LLP
425 California Street, Suite 1800
San Francisco, California 94104

Telephone: (415) 394-5700
Facsimile: (415) 394-5003

Attorneys for Plaintiff James A. Benedict

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES A. BENEDICT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CITIBANK, N.A., a national banking association organized under the laws of the United States of America, THE STUDENT LOAN CORPORATION, a Delaware Corporation,<br><br>Defendants. | CASE NO.   08-04230 WHA<br><br>**STIPULATION TO CONTINUE HEARING DATE ON DEFENDANTS' MOTION TO COMPEL ARBITRATION AND CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>[DECLARATION OF ANDREW A. AUGUST FILED CONCURRENTLY HEREWITH]<br><br>[Local Rule 6-1(a)] |

WHEREAS, on January 28, 2009, this Honorable Court granted the parties' stipulated request to set the hearing date on the Motion to Compel Arbitration filed by defendants Citibank, N.A. and The Student Loan Corporation ("Defendants") for April 27, 2009 and continued the Case Management Conference to May 4, 2009;

WHEREAS, the parties have agreed upon the principal terms of a settlement of this action;

PINNACLE LAW GROUP LLP
425 CALIFORNIA STREET
SUITE 1800
SAN FRANCISCO, CA 94104
(415) 394-5700

5033.001/00067298                                    1                    **STIPULATION TO CONTINEU HEARING DATE AND CONTINUE CMC**
*Benedict v. Citibank et al.*  Case No. 08-04230 TEH

1     WHEREAS, plaintiff contemplates filing a Request for Dismissal and a Motion for Attorneys' Fees;

    WHEREAS, the parties have agreed, to facilitate settlement and dismissal of this action, to continue the hearing on Defendants' Motion to Compel Arbitration;

    IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record, pursuant to Local Rule 6-1(a), that the hearing date for Defendants' Motion to Compel Arbitration shall be continued until June 22, 2009. Plaintiff's opposition shall be due no later than June 1, 2009 and Defendants' reply due no later than June 8, 2009. Further, the PARTIES STIPULATE that the Initial Case Management Conference shall be continued from May 4, 2009 at 1:30 p.m. to July 27, 2009 at 1:30 p.m.

DATED: April 6, 2009            PINNACLE LAW GROUP LLP

By: _____
    Andrew A. August, Attorneys for Plaintiff

DATED: April 6, 2009            STROOCK & STROOCK & LAVAN LLP

By: _____
    David W. Moon, Attorney for Defendants

## ORDER

Based on the foregoing stipulation of counsel and good cause appearing therefore, IT IS HEREBY ORDERED as follows:

(1)     The hearing date for Defendants' Motion to Compel Arbitration shall be set for June 22, 2009. Plaintiff's opposition shall be due no later than June 1, 2009 and Defendants' reply due no later than June 8, 2009; and

1  (2)  The Initial Case Management Conference is continued from May 4, 2009 to July
2  27, 2009 at 1:30 p.m

PURSUANT TO STIPULATION OF COUNSEL, IT IS SO ORDERED.

Dated: April 10, 2009

**Hon. Thelton E. Henderson**
**United States District Court**

*Judge Thelton E. Henderson*

PINNACLE LAW GROUP LLP
425 CALIFORNIA STREET
SUITE 1800
SAN FRANCISCO, CA 94104
(415) 394-5700

5033.001/00067298

3

**STIPULATION TO CONTINEU HEARING DATE
AND CONTINUE CMC**
*Benedict v. Citibank et al.*  Case No. 08-04230 TEH