1  Andrew A. August (SBN 112851)
   aaugust@pinnaclelawgroup.com
2  Kevin F. Rooney (SBN 184096)
   krooney@pinnaclelawgroup.com
3  PINNACLE LAW GROUP, LLP
   425 California Street, Suite 1800
4  San Francisco, California 94104

5  Telephone: (415) 394-5700
   Facsimile: (415) 394-5003
6
7  Attorneys for Plaintiff James A. Benedict

8                      UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10                         SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES A. BENEDICT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CITIBANK, N.A., a national banking association organized under the laws of the United States of America, THE STUDENT LOAN CORPORATION, a Delaware Corporation,<br><br>Defendants. | CASE NO.   08-04230 TEH<br><br>STIPULATION TO CONTINUE HEARING DATE ON DEFENDANTS' MOTION TO COMPEL ARBITRATION AND CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER<br><br>[DECLARATION OF ANDREW A. AUGUST FILED CONCURRENTLY HEREWITH]<br><br>[Local Rule 6-1(a)] |

   WHEREAS, on April 10, 2009, this Honorable Court granted the parties' stipulated request to set the hearing date on the Motion to Compel Arbitration filed by defendants Citibank, N.A. and The Student Loan Corporation ("Defendants") for June 22, 2009 and continued the Case Management Conference to July 27, 2009;

   WHEREAS, based on the actions of Defendants, plaintiff will file a Motion for Dismissal under FRCP 23(e) and/or FRCP 41(a) with a hearing date to be set on July 13, 2009;

PINNACLE LAW GROUP LLP
425 CALIFORNIA STREET
SUITE 1800
SAN FRANCISCO, CA 94104
(415) 394-5700

5033.001/00081126         1         STIPULATION TO CONTINUE HEARING DATE
                                                    AND CONTINUE CMC
                                    Benedict v. Citibank et al.   Case No. 08-04230 TEH

1   WHEREAS, the court's ruling on plaintiff's Motion for Dismissal may render
2   Defendants' Motion to Compel Arbitration moot;

3   WHEREAS, in order to facilitate dismissal of this action and thereby possibly avoid
4   briefing and a hearing on Defendants' Motion to Compel Arbitration, the parties have agreed to
5   continue the hearing on Defendants' Motion to Compel Arbitration;

6   IT IS HEREBY STIPULATED by and between the parties hereto, through their respective
7   counsel of record, pursuant to Local Rule 6-1(a), that the hearing date for Defendants' Motion to
8   Compel Arbitration shall be continued until August 3, 2009.  Plaintiff's opposition shall be due
9   no later than July 20, 2009 and Defendants' reply due no later than July 27, 2009.  Further, the
10  PARTIES STIPULATE that the Initial Case Management Conference shall be continued from
11  July 27, 2009 at 1:30 p.m. to August 10, 2009 at 1:30 p.m.

13  DATED: May 29, 2009                         PINNACLE LAW GROUP LLP

16                                              By: */s/ Andrew A. August*
                                                    Andrew A. August, Attorneys for Plaintiff

18  DATED:  May 29, 2009                        STROOCK & STROOCK & LAVAN LLP

22                                              By: */s/ David W. Moon*
                                                    David W. Moon, Attorney for Defendants

PINNACLE LAW GROUP LLP
425 CALIFORNIA STREET
SUITE 1800
SAN FRANCISCO, CA 94104
(415) 394-5700

5033.001/00081126                2                **STIPULATION TO CONTINUE HEARING DATE
                                                   AND CONTINUE CMC**
                                                   *Benedict v. Citibank et al.*  Case No. 08-04230 TEH

# ORDER

Based on the foregoing stipulation of counsel and good cause appearing therefore, IT IS HEREBY ORDERED as follows:

(1) The hearing date for Defendants' Motion to Compel Arbitration shall be set for August 10, 2009. Plaintiff's opposition shall be due no later than July 20, 2009 and Defendants' reply due no later than July 27, 2009; and

(2) The Initial Case Management Conference is continued from July 27, 2009 at 1:30 p.m. to August 10, 2009 at 10:00 a.m.

PURSUANT TO STIPULATION OF COUNSEL, IT IS SO ORDERED.

Dated: ___06/01_____, 2009

_____
Hon. Thelton E. Henderson
United States District Judge

Pinnacle Law Group LLP
425 California Street
Suite 1800
San Francisco, CA 94104
(415) 394-5700

5033.001/00081126

3

**STIPULATION TO CONTINUE HEARING DATE AND CONTINUE CMC**
*Benedict v. Citibank et al.* Case No. 08-04230 TEH