IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES A. BENEDICT,

           Plaintiff,

v.

CITIBANK, N.A., et al.,

           Defendants.

NO. C08-4230 TEH

ORDER GRANTING DEFENDANTS' MOTION TO EXTEND TIME AND ORDER TO SHOW CAUSE

      The Court GRANTS Defendants' request to extend time on the briefing and hearing schedule on Plaintiff's motion to dismiss. Defendants may file their opposition to Plaintiff's motion on or before **June 29, 2009,** and Plaintiff may file a reply on or before **July 8, 2009.** The hearing shall be continued to **July 20, 2009, at 10:00 AM.**

      In addition, Defendants are ORDERED TO SHOW CAUSE why monetary sanctions should not be imposed for their failure to file a timely opposition brief. The show cause hearing shall occur at the same time as the motion hearing. If Defendants wish to file a written response to the order to show cause, they must do so on or before **July 6, 2009.**

**IT IS SO ORDERED.**

Dated: 06/25/09

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT