STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 083013)
*jstrickland@stroock.com*
DAVID W. MOON (State Bar No. 197711)
*dmoon@stroock.com*
2029 Century Park East
Los Angeles, California  90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
*lacalendar@stroock.com*

Attorneys for Defendants
  CITIBANK, N.A. and THE STUDENT
  LOAN CORPORATION

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES A. BENEDICT, individually and on behalf of all others similarly situated, | Case No. CV 08-4230 TEH |
| Plaintiff, | [PROPOSED] JUDGMENT |
| v. | |
| CITIBANK, N.A., a national banking association organized under the laws of the United States of America, THE STUDENT LOAN CORPORATION, a Delaware Corporation, | |
| Defendants. | |

LA 51168800v1

1    This action came on for hearing before the Court, on July 20, 2009, Hon. Thelton E.

2 Henderson, District Judge, presiding, on a Motion to Dismiss Class Action with Prejudice filed by

3 plaintiff James A. Benedict ("Plaintiff"), and after full consideration of the briefs and arguments

4 presented, the issues having been duly heard and a decision having been duly rendered,

5    IT IS ORDERED and ADJUDGED that the action be dismissed with prejudice as to

6 Plaintiff individually and without prejudice as to members of the putative class.  The Court will

7 retain jurisdiction solely to hear a motion for attorneys' fees to be filed by Plaintiff on or before

8 August 31, 2009.

9
   Dated:                         07/27/09
10                    _____        _____
                                                          Judge of the United States District Court
11

12   Submitted by:

13   STROOCK & STROOCK & LAVAN LLP
     JULIA B. STRICKLAND
14   DAVID W. MOON

15
     By:           /s/ David W. Moon
16                    David W. Moon

17   Attorneys for Defendants
         CITIBANK, N.A. and THE STUDENT
18       LOAN CORPORATION

19

20   PINNACLE LAW GROUP, LLP
     ANDREW A. AUGUST
21   KEVIN F. ROONEY

22
     By:_____
23               Kevin F. Rooney

24   Attorneys for Plaintiff
         JAMES A. BENEDICT

25

26

27

28

- 1 -

[PROPOSED] JUDGMENT
Case No. CV 08-4230 TEH

LA 51168800v1