Andrew A. August (SBN 112851)
aaugust@pinnaclelawgroup.com
Kevin F. Rooney (SBN 184096)
krooney@pinnaclelawgroup.com
PINNACLE LAW GROUP, LLP
425 California Street, Suite 1800
San Francisco, California 94104

Telephone: (415) 394-5700
Facsimile: (415) 394-5003

Attorneys for Plaintiff James A. Benedict

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES A. BENEDICT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CITIBANK, N.A., a national banking association organized under the laws of the United States of America, THE STUDENT LOAN CORPORATION, a Delaware Corporation,<br><br>Defendants. | CASE NO.   08-04230 TEH<br><br>**STIPULATION TO CONTINUE HEARING DATE ON PLAINTIFF'S MOTION FOR AWARD OF ATTORNEYS' FEES AND [~~PROPOSED~~] ORDER**<br><br>[Local Rule 6-1(a)]<br><br>[DECLARATION OF KEVIN F. ROONEY FILED CONCURRENTLY HEREWITH] |

WHEREAS, on August 31, 2009, plaintiff filed a motion for attorneys' fees and set October 5, 2009 as the hearing date for the motion,

WHEREAS, defense counsel is currently on a pre-paid vacation,

WHEREAS, there have no previous time modifications as to this motion,

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record, pursuant to Local Rule 6-1(a), that the hearing date for Plaintiff's Motion for Award of Attorneys' Fees shall be set for October 19, 2009. Defendants' opposition shall be due no later than September 28, 2009 and Plaintiff's

PINNACLE LAW GROUP LLP
425 CALIFORNIA STREET
SUITE 1800
SAN FRANCISCO, CA 94104
(415) 394-5700

5033.001/00067298                    1         STIPULATION TO CONTINUE HEARING DATE
                                                *Benedict v. Citibank et al.*  Case No. 08-04230 TEH

reply due no later than October 7, 2009.[1]

DATED: September 4, 2009                    PINNACLE LAW GROUP LLP


By:  /s/ *Kevin F. Rooney*

Kevin F. Rooney


DATED:  September 4, 2009                    STROOCK, STROOCK & LAVAN LLP



By:  /s/ *Julia B. Strickland*

Julia B. Strickland


## ORDER

Based on the foregoing stipulation of counsel and good cause appearing therefore, IT IS HEREBY ORDERED as follows:

(1) The hearing date for Plaintiff's Motion for Award of Attorney's Fees shall be set for October 26, 2009.  Defendants' opposition shall be due no later than September 28, 2009 and Plaintiff's reply due no later than October 7, 2009; and

PURSUANT TO STIPULATION OF COUNSEL, IT IS SO ORDERED.


Dated: September 9, 2009

Hon. Thelton E. Henderson

Judge Thelton E. Henderson

---

[1] Plaintiff's counsel respectfully requests a two-day extension as to the local rules on the filing of a reply brief, i.e. that Plaintiff be given until October 7, 2009 as opposed to October 5, 2009 due to conflicts the week of September 28, 2009.

PINNACLE LAW GROUP LLP
425 CALIFORNIA STREET
SUITE 1800
SAN FRANCISCO, CA 94104
(415) 394-5700