Andrew A. August (SBN 112851)
aaugust@pinnaclelawgroup.com
Kevin F. Rooney (SBN 184096)
krooney@pinnaclelawgroup.com
PINNACLE LAW GROUP, LLP
425 California Street, Suite 1800
San Francisco, California 94104

Telephone: (415) 394-5700
Facsimile: (415) 394-5003

Attorneys for Plaintiff James A. Benedict

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES A. BENEDICT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CITIBANK, N.A., a national banking association organized under the laws of the United States of America, THE STUDENT LOAN CORPORATION, a Delaware Corporation,<br><br>Defendants. | CASE NO.   08-04230 TEH<br><br>**STIPULATION TO CONTINUE HEARING DATE ON PLAINTIFF'S MOTION FOR AWARD OF ATTORNEYS' FEES AND [~~PROPOSED~~] ORDER**<br><br>**[Local Rule 6-1(a)]**<br><br>**[DECLARATION OF KEVIN F. ROONEY FILED CONCURRENTLY HEREWITH]** |

WHEREAS, on August 31, 2009, plaintiff filed a motion for attorneys' fees and set October 5, 2009 as the hearing date for the motion,

WHEREAS, on September 7, 2009 this court continued the hearing to October 26, 2009

WHEREAS, the parties have orally agreed to settle this matter and will likely reduce their agreement to writing on September 24, 2009,

WHEREAS, the parties contemplate compliance with certain terms of the Settlement Agreement by September 28, 2009,

PINNACLE LAW GROUP LLP
425 CALIFORNIA STREET
SUITE 1800
SAN FRANCISCO, CA 94104
(415) 394-5700

5033.003/00087518                      1                      **STIPULATION TO CONTINUE HEARING DATE**
*Benedict v. Citibank et al.*  Case No. 08-04230 TEH

1  WHEREAS, assuming compliance as referenced above, plaintiff's counsel will withdraw this motion,

2  IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record, pursuant to Local Rule 6-1(a), that the hearing date for Plaintiff's Motion for Award of Attorneys' Fees shall be set for December 7, 2009.  Defendants' opposition shall be due no later than November 16, 2009 and Plaintiff's reply due no later than November 23, 2009.

DATED: September 23, 2009        PINNACLE LAW GROUP LLP

By:   /s/ *Kevin F. Rooney*
      Kevin F. Rooney

DATED:  September 23, 2009       STROOCK, STROOCK & LAVAN LLP

By:   /s/ *David Moon*
      David Moon

### ORDER

Based on the foregoing stipulation of counsel and good cause appearing therefore, IT IS HEREBY ORDERED as follows:

(1)   The hearing date for Plaintiff's Motion for Award of Attorney's Fees shall be set for December 7, 2009.  Defendants' opposition shall be due no later than November 16, 2009 and Plaintiff's reply due no later than November 23, 2009; and

PURSUANT TO STIPULATION OF COUNSEL, IT IS SO ORDERED.

Dated: September 23, 2009

_____
Hon.
United        Judge Thelton E. Henderson

PINNACLE LAW GROUP LLP
425 CALIFORNIA STREET
SUITE 1800
SAN FRANCISCO, CA 94104
(415) 394-5700

5033.003/00087518                    2                    STIPULATION TO CONTINUE HEARING DATE
                                                          *Benedict v. Citibank et al.*  Case No. 09-04230 TEH