Andrew A. August (SBN 112851)
aaugust@pinnaclelawgroup.com
Kevin F. Rooney (SBN 184096)
krooney@pinnaclelawgroup.com
PINNACLE LAW GROUP, LLP
425 California Street, Suite 1800
San Francisco, California 94104
Telephone: (415) 394-5700
Facsimile: (415) 394-5003

Dan Reed (Utah State Bar No. 11754)
dan@danreedlaw.com
Adams & Reed LLP
9137 South 150 West
Monroe Professional Plaza, Suite C
Sandy, UT 84070
Telephone: (801) 545-9900
Facsimile: (801) 569-1629
*Admitted Pro Hac Vice*

Attorneys for Plaintiff James A. Benedict

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JAMES A. BENEDICT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CITIBANK, N.A., a national banking association organized under the laws of the United States of America, THE STUDENT LOAN CORPORATION, a Delaware Corporation,<br><br>Defendants. | **CASE NO.   08-04230 TEH**<br><br>**PLAINTIFF'S NOTICE OF WITHDRAWAL OF MOTION FOR AWARD OF ATTORNEY'S FEES WITH PREJUDICE**<br><br>Date: December 7, 2009<br>Time: 10:00 a.m.<br>Courtroom: Ctrm 12, 19th Floor<br>Judge: The Hon. Thelton E. Henderson |

///

///

PINNACLE LAW GROUP LLP
425 CALIFORNIA STREET
SUITE 1800
SAN FRANCISCO, CA 94104
(415) 394-5700

5033.003/00087796 — 1 — **PLAINTIFF'S NOTICE OF WITHDRAWAL OF MOTION FOR ATTORNEY'S FEES WITH PREJUDICE**
*Benedict v. Citibank et al.* Case No. 08-04230 TEH

**TO THIS HONORABLE COURT, DEFENDANTS AND THEIR ATTORNEYS OF RECORD:**

On August 31, 2009 Plaintiff filed a motion for award of attorney's fees. Pursuant to stipulation, the court continued the date for hearing on the motion to December 7, 2009. No opposition has been filed.

Pursuant to local rule 7-7 Plaintiff hereby withdraws his motion for award of attorney's fees with prejudice.

DATED: September 30, 2009                    PINNACLE LAW GROUP LLP

By:  /s/ *Kevin F. Rooney*
         Kevin F. Rooney, Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Thelton E. Henderson
10/01/09

Pinnacle Law Group llp
425 California Street
Suite 1800
San Francisco, CA 94104
(415) 394-5700

5033.003/00087796    2    **PLAINTIFF'S NOTICE OF WITHDRAWAL OF MOTION FOR ATTORNEY'S FEES WITH PREJUDICE**
*Benedict v. Citibank et al.* Case No. 08-04230 TEH